Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANIS R. SHEARER, | ) |
| | ) CIVIL NO. 3:11-cv-05417-BHS-JRC |
| Plaintiff, | ) |
| | ) ORDER GRANTING MOTION TO AMEND |
| vs. | ) COMPLAINT |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

This matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Judge Rule MJR 4(a)(4), and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261, 271-72 (1976).

This matter is before the Court on Plaintiff's Motion to Amend Complaint (ECF No. 7). Plaintiff contends her complaint was not in the proper format and has now retained an attorney who wishes to file an appropriate Amended Complaint in this matter. See Fed . R. Civ. P. 15(a)(1). The Court having considered Plaintiff's Motion and the Declaration of Elie Halpern, good cause having been shown, now therefore, hereby

ORDERS that Plaintiff's Amended Complaint shall be filed in this matter and Summons

ORDER GRANTING MOTION TO AMEND- 1

will be issued.

DATED this 24th day of October 2011.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING MOTION TO AMEND- 2