United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANIS R. SHEARER, | ) |
| | ) CIVIL NO. 3:11-cv-05417-BHS-JRC |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER TO AMEND BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on Plaintiff's Unopposed Motion to Amend Briefing Schedule (ECF No. 22) and the Defendant not opposing the Motion, it is now, hereby,

ORDERED that the Plaintiff shall have to and including March 30, 2012 to file Plaintiff's Opening Brief; Defendant shall have to and including April 27, 2012 to file Defendant's Response Brief; and Plaintiff shall have to and including May 18, 2012 to file Plaintiff's Reply Brief. Oral argument, if desired, shall be requested by May 25, 2012.

DATED this 13th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER TO AMEND BRIEFING SCHEDULE -
[3:11-cv-05417-BHS-JRC] - 1