UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANIS R. SHEARER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO. 11-CV-05417 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 32. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　Defendant's decision is **REVERSED**; and

(3)　This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER