United States District Judge BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JANIS R. SHEARER,                                  )
                                                   )    CIVIL NO. 3:11-cv-05417-BHS-JRC
                              Plaintiff,            )
                                                   )    ORDER FOR EAJA FEES, COSTS, AND
vs.                                                )    EXPENSES
                                                   )
MICHAEL J. ASTRUE,                                 )
Commissioner of Social Security,                   )
                                                   )
                              Defendant.           )

Based upon Plaintiff's unopposed Motion for EAJA Fees, Costs, and Expenses, it is

hereby ORDERED that attorney's fees in the total amount of $7,334.38 (which is for work

performed by Jeffrey Baird in the amount of $6,137.25 plus work performed by Elie Halpern in

the amount of $1,149.15) and expenses in the amount of $30.98 (for postage) pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $17.00 (for

photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to Astrue v. Ratliff, __ U.S. __ (2010),
   130 S.Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie
   Halpern, at Mr. Halpern's office at Elie Halpern & Associates, PLLC,
   1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502 however,

1. If the U.S. Department of the Treasury determines that Plaintiff's EAJA
   fees, expenses, and costs are not subject to any offset allowed under the

ORDER FOR EAJA FEES, COSTS, AND EXPENSES –
[3:11-cv-05417-BHS-JRC] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

1   Department of the Treasury's Offset Program, then the check for EAJA

2   fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie

    Halpern, and delivered via check to Mr. Halpern's office at Elie Halpern &

3   Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA

    98502.

4

5   DATED this 12th day of December, 2012.

6

7

8   _____

    BENJAMIN H. SETTLE

9   United States District Judge

10  Presented by:

11

12  S/ELIE HALPERN_____

    ELIE HALPERN, WSBA#1519

13  Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES, COSTS, AND EXPENSES –
[3:11-cv-05417-BHS-JRC] - 2